Richard L. Mahfouz II (State Bar No. 246739)
Joseph A. Duque (State Bar. No. 323358)
CLERKIN, SINCLAIR & MAHFOUZ, LLP
530 B Street, 8th Floor
San Diego, CA 92101
Telephone: 619-308-6550
Fax: 619-923-3143
Email: rlmahfouz@clerkinlaw.com
      jduque@clerkinlaw.com
Attorneys for Plaintiff State Farm Mutual Automobile Insurance Company

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>        Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendants. | CIV. NO.:  2:19-cv-08647<br><br>JUDGE:_____<br><br>COMPLAINT FOR SUBROGATION RECOVERY |

Plaintiff, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through their attorneys, CLERKIN, SINCLAIR & MAHFOUZ, LLP, complaining against Defendant UNITED STATES OF AMERICA, alleges as follows:

**JURISDICTION AND VENUE**

1. This is a civil action against the UNITED STATES OF AMERICA, brought pursuant to the Federal Tort Claims Act, 28 USC §2671 et seq. Jurisdiction is proper pursuant to 28 U.S.C. §1346.

/././.

/././.

Our file no.: 55-0325-H98

2. Venue of this action is based on 28 U.S.C. §1402. All or part of the acts or omissions giving rise to Plaintiff's claims occurred in this judicial district. The accident, as discussed below, occurred in this judicial district.

**PARTIES**

3. Plaintiff STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ('Plaintiff') is, and was, an Illinois corporation, authorized to transact business in the state of California. Plaintiff is, and was, authorized to transact business in the state of California as an insurer.

4. At all relevant times herein referenced, JOHN CAGLE was an individual, residing in the County of Santa Barbara, State of California, insured by Plaintiff, and the owner of the vehicle that is the subject of this matter.

5. Defendant UNITED STATES OF AMERICA exists under and by virtue of its own laws, has waived sovereign immunity, and is subject to liability for the torts alleged herein pursuant to 28 U.S.C. §2674.

**GENERAL ALLEGATION**

6. Upon information and belief, on or about March 29, 2017, UNITED STATES OF AMERICA through its agency the, U.S. Department of Homeland Security, was driving its vehicle at 2326 South Broadway, in Santa Maria, Santa Barbara County, California. An employee of U.S. Department of Homeland Security, Steven Finn, who at all times herein was acting within his scope of employment or agency with U.S. Department of Homeland Security, was driving the U.S. Department of Homeland Security vehicle, license plate number 7S4B580, at the above referenced address.

7. The U.S. Department of Homeland Security vehicle driven by Steven Finn, collided with the vehicle owned by Plaintiff's insured JOHN CAGLE, causing damage.

8. Upon information and belief, the people responsible for the safety of the driving of the Defendants vehicle, were all employees and/or agents of the UNITED STATES OF AMERICA, and/or U.S. Department of Homeland Security, and acting within their scope of their employment or agency.

9. At all relevant times herein referenced, Insured is, and was insured against loss and/or damages by Plaintiff under a policy of insurance ("Insurance"), issued by Plaintiff to Insured as the named insured.

10. Said insured complied with all terms and conditions of said policy and by agreement with Plaintiff filed proof of loss specifying the loss caused by said incident to be in the sums as set out below, and said sums were paid by Plaintiff to or for the benefit of Insured a the request of Insured.

## I.

## CAUSE OF ACTION:

### Negligence

11. Plaintiff alleges and incorporates by reference paragraphs 1 through 10 of this Complaint as if set forth in full herein.

12. The damage to the Insured's vehicle was caused by the negligent, careless, and wrongful acts and/or omissions to act of the UNITED STATES OF AMERICA, through its agents, servants, and employees, acting within the scope of their agency/employment.

13. Among other things, The UNITED STATES OF AMERICA negligently and or carelessly failed to exercise reasonable care, including but not limited to one or more of the following ways:

(a) In causing its vehicle to collide with and/or causing a chain reaction of collisions with the Insured's vehicle;

(c) In failing to not hit the Insured's vehicle as described above;

(d) In failing to properly supervise the agents/employees of the UNITED STATES OF AMERICA and/or U.S. Department of Homeland Security, involved in the vehicle driving activities, namely Steven Finn;

///

///

///

///

Our file no.: 55-0325-H98

14. As a direct and proximate result of the negligence, in one or more ways as described above, of the Defendant, and the damages caused by the Defendant, for the collision of the Insured's vehicle by the U.S. Department of Homeland Security's vehicle, and after receiving proof of loss, Plaintiff under its policy, paid to or on behalf of its Insured and the driver and/or passengers in the vehicle the sum of $3,428.01 and became subrogated to that amount.

## II. DAMAGES

15. On or about March 9, 2018, Plaintiff made a claim for damages, for and in the amount of damages as described above, against UNITED STATES OF AMERICA and/or U.S. Department of Homeland Security. Despite this, UNITED STATES OF AMERICA refuses to pay said amount of damages, therefore, the claim for damages was rejected.

16. Therefore, Plaintiff is entitled to its right of subrogation to recover said sums, $3,428.01.

17. Despite demand from Plaintiff, Defendant has failed and refused through non-response, and continues to fail and refuse, through non-response, to pay this sum, in whole or in part thereof.

## III. CLAIM FOR RELIEF

WHEREFORE, Plaintiff prays judgment as against Defendants, and each of them, as follows:

1. For the sum of $3,428.01;
2. For costs of suit incurred herein; and
3. For such other and further relief as the court may deem just and proper.

DATED: October 4, 2019            CLERKIN, SINCLAIR & MAHFOUZ, LLP


BY: *[signature]*
Richard L. Mahfouz II,
Joseph A. Duque,
Attorney for Plaintiff State Farm Mutual
Automobile Insurance Company

Our file no.: 55-0325-H98

4